## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 05-cv-02464-REB-PAC

GERALD SPARROW,

    Plaintiff,

v.

TEKNOVATION CORPORATION, a Nevada corporation,
KEVIN SHERIDAN,
PAUL R. PEWTERBAUGH,
TIM McNAMARA,
ROBERT PRIES,
DAVE NIEWEG, and
DOES 1 through 50, inclusive,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

On March 23, 2006, the parties filed a **Stipulation and Order for Dismissal** [#23]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation and Order for Dismissal** [#23], filed on March 23, 2006, is **APPROVED**; and

      2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated March 24, 2006, at Denver, Colorado.

      **BY THE COURT:**

      <u>**s/ Robert E. Blackburn**</u>
      **Robert E. Blackburn**
      **United States District Judge**